UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
**BEFORE: CAROL BAGLEY AMON, U.S.D.J.**

DATED: 1/28/26   TIME: 11:30am (30 mins)

CRIMINAL CAUSE FOR: Status Conference

DOCKET #: CR16-00241

DEFENDANT: Jair Francisco Patron Tobias-c   ATTORNEY: Cesar DeCastro, Esq.

DEFENDANT:   ATTORNEY:

DEFENDANT:   ATTORNEY:

ASSISTANT U.S. ATTORNEY: Nomi Danielle Berenson & Raffaela Belizaire

COURT REPORTER: Stacy Mace

INTERPRETER: Maristela Verastegui

PROBATION OFFICER:

PRETRIAL OFFICERS:   DEPUTY: T. Campbell

Conference held.
Discovery needs to be produced.
Deft was not charged in count 1.
The court will authorize appointment of Brianna Rodriguez then revisit counsel's initial request at the 2/24 conference.
OED ent'd (Complex case).
Further status conference is set for 2/24/26 at 10:00am.